I.     **Proposed Statements of the Case**

**Government's Proposed Statement of the Case**

The United States has charged James Knowles with offenses that allegedly occurred at the United States Capitol on January 6, 2021. The government alleges that Mr. Knowles unlawfully entered the restricted grounds of the United States Capitol and the Capitol building on January 6, 2021. While on restricted grounds, the government alleges that he engaged in disorderly or disruptive conduct and illegally paraded, demonstrated, or picketed. Mr. Knowles denies the charges and has pleaded not guilty.

**Defendant's Proposed Statement of the Case by Counsel[1]**

The United States has charged James Knowles with crimes that allegedly occurred at the United States Capitol on January 6, 2021. In Counts One and Two, the government alleges that Mr. Knowles knowingly entered a posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds on January 6, 2021, and that he knowingly engaged in disorderly or disruptive conduct therein with an intent to impede and disrupt the orderly conduct of Government business and official functions, at a time when he knew the Vice President was or would be temporarily visiting. In Counts Three and Four, the government alleges that Mr. Knowles willfully and knowingly engaged in disorderly or disruptive conduct in the Capitol Building and its grounds with the intent to impede, disrupt or disturb the orderly conduct of a session of Congress or either House of Congress, and that he also willfully and knowingly paraded, demonstrated, or picketed inside a U.S. Capitol Building. Mr. Knowles denies all of these charges and has pleaded not guilty, placing the burden on the Government to prove beyond a reasonable doubt each and every element of the four alleged crimes.

---

[1] Mr. Knowles' position is that he has only entered a special appearance in this case, and he reserves all rights.